**ORIGINAL**

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0193

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0193

_____

STEVEN E. ROWE Sr.,

Petitioner,

v.

MONTANA DEPARTMENT OF
CORRECTIONS, and
JENI NICHOLS, Program Administrator,
CCP,

Respondents.

_____

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Petitioner Steven E. Rowe, Sr., has filed a verified Petition for Writ of Habeas Corpus, indicating that his sentence is longer than the law allows and that the sentence violates double jeopardy. Rowe briefly explains that he was originally sentenced to five years, and that after he served two years, "they added 2 more for a total of 7 years." While Rowe has his Petition notarized, it is not clear whether he served the document on the Attorney General for the State of Montana. Section 46-22-206(1), MCA; M. R. App. P. 10(1). We amend the caption to include the Program Administrator for the Connections Corrections Program, where Rowe is presently.

We secured available electronic documents. On July 15, 2019, the Yellowstone County District Court sentenced Rowe to the Department of Corrections (DOC) for a suspended, five-year term for felony assault with a weapon. In this Judgment, the court specifically stated:

> IT IS FURTHER ORDERED that Defendant will receive credit for time spent in pre-trial incarceration as follows: October 22, 2018 through December 27, 2018. In the event the Defendant's suspended sentence is revoked, the maximum term of incarceration that may be imposed is FOUR (4) YEARS TWO HUNDRED NINETY-EIGHT (298) DAYS.

On December 21, 2021, the District Court revoked his 2019 sentence for felony assault with a weapon and imposed a five-year term to the Department of Corrections (DOC). The court awarded credit for time served from June 2 to December 21, 2021, and awarded no street time credit. Upon review, we deem it appropriate to require a response to Rowe's Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to Program Administrator Jeni Nichols, jnichols@cccscorp.com; to counsel of record, along with a copy of his Petition; and to Steven E. Rowe Sr. personally

DATED this 3rd day of May, 2022.

_____
Justice

2